UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN MICHAEL DALRYMPLE,<br><br>Plaintiff,<br><br>v.<br><br>OPPORTUNITY FINANCIAL, LLC,<br><br>Defendant. | CASE NO. 2:21-1091-LK<br><br>ORDER OF DISMISSAL |

This matter came before the Court sua sponte. On January 10, 2022, the Court issued an Order to Show Cause stating that Plaintiff has not provided proof that proper service of the Complaint (Dkt. No. 1 (8/16/2021)) has been made on Defendant, as required by Federal Rule of Civil Procedure 4(m), and ordering Plaintiff to show cause by January 18, 2022 why this matter should not be dismissed without prejudice for failure to prosecute. Dkt. No. 9. The Order further stated that absent a timely response to the order, "this matter shall be dismissed without prejudice." *Id.*

Plaintiff has not responded to the Order to Show Cause, provided proof that proper service of the Complaint has been made on Defendant, shown good cause for the failure to serve,

ORDER OF DISMISSAL - 1

or requested more time to serve or to respond to the Court's order. Accordingly, this matter is DISMISSED without prejudice. Fed. R. Civ. P. 4(m).

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 20th day of January, 2022.

*Lauren King*

Lauren King
United States District Judge

ORDER OF DISMISSAL - 2